SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
 A Limited Liability Partnership
 Including Professional Corporations
CHRISTOPHER VAN GUNDY, Cal. Bar No. 152359
SASCHA HENRY, Cal. Bar No. 191914
ABBY H. MEYER, Cal. Bar No. 294947
KHIRIN A. BUNKER, Cal Bar No. 329314
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile: 415.434.3947
E mail  cvangundy@sheppardmullin.com
   shenry@sheppardmullin.com
   ameyer@sheppardmullin.com

Attorneys for Defendant
CLIF BAR & COMPANY, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RALPH MILAN, SARAH AQUINO, and ELIZABETH ARNOLD on behalf of themselves, those similarly situated and the general public,<br><br>   Plaintiffs,<br><br> v.<br><br>CLIF BAR & COMPANY,<br><br>   Defendant. | Case No. 18-cv-02354-JD<br><br>CLASS ACTION<br><br>**NOTICE OF APPEARANCE OF ROBERT J. GUITE**<br><br>Judge: Hon. James Donato<br><br>Complaint Filed: April 19, 2018 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Robert J. Guite of Sheppard Mullin Richter & Hampton LLP hereby enters an appearance as counsel of record for Defendant Clif Bar & Company, in this action, and respectfully requests that copies of any and all further notices, pleadings, or documents filed or served in this action be served upon him at the following address:

>Sheppard Mullin Richter & Hampton LLP
>Robert J. Guite, Cal. Bar No. 244590
>Four Embarcadero Center, 17th Floor
>San Francisco, California 94111-4109
>Telephone: (415) 434-9100
>Facsimile: (415) 434-3947
>Email: rguite@sheppardmullin.com

Dated: October 23, 2020

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By       */s/ Robert J. Guite*
         ROBERT J. GUITE

Attorneys for Defendant
CLIF BAR & COMPANY

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

*Milan v. Clif Bar & Company*
*USDC Case No. 18-cv-02354-JD*

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 650 Town Center Drive, 10th Floor, Costa Mesa, CA 92626-1993.

On, I served true copies of the following document(s) described as **CLIF BAR & COMPANY'S SECOND SUPPLEMENTAL RULE 26 DISCLOSURES** on the interested parties in this action as follows:

The Law Office of Paul K. Joseph, PC          *Attorneys for Plaintiffs*
Paul K. Joseph, Esq.
4125 W. Pt. Loma Blvd., No. 206
San Diego, CA  92110
Email:  paul@pauljosephlaw.com

The Law Office of Jack Fitzgerald, PC          *Attorneys for Plaintiffs*
Jack Fitzgerald, Esq.
Trevor M. Flynn, Esq.
Melanie Persinger, Esq.
3636 Fourth Avenue, Suite 202
San Diego, CA  92103
Email:  jack@jackfitzgeraldlaw.com;
             trevor@jackfitzgeraldlaw.com
             melanie@jackfitzgeraldlaw.com

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address cvansteenbergen@sheppardmullin.com to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on, at Costa Mesa, California.

_/s/_ _____