PAGES 1 - 8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE JAMES DONATO

```
RALPH MILAN AND ELIZABETH ARNOLD,  )
ON BEHALF OF THEMSELVES, THOSE     )
SIMILARLY SITUATED, AND THE        )
GENERAL PUBLIC,                    )
                                   )
            PLAINTIFFS,            )
                                   )
  VS.                              )  CASE NO. 18-CV-2354 JD
                                   )
CLIF BAR & COMPANY,                )
                                   )  SAN FRANCISCO, CALIFORNIA
            DEFENDANT.             )  THURSDAY
                                   )  SEPTEMBER 1, 2022
_____)
```

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES:**

**FOR THE CLASS**        FITZGERALD JOSEPH, LLP
                         2341 JEFFERSON STREET, SUITE 200
                         SAN DIEGO, CALIFORNIA 92110
                    BY:  **PAUL K. JOSEPH, ESQUIRE**

**FOR DEFENDANT**        SHEPPARD MULLIN RICHTER & HAMPTON, LLP
                         FOUR EMBARCADERO CENTER, 17TH FLOOR
                         SAN FRANCISCO, CALIFORNIA 94111
                    BY:  **ROBERT J. GUITE, ESQUIRE**

*REPORTED BY:  JOAN MARIE COLUMBINI, CSR #5435, RPR*
*             PRO TEM OFFICIAL COURT REPORTER, USDC*

```
1    THURSDAY, SEPTEMBER 1, 2022                    10:24 A.M.

2                         PROCEEDINGS

3         THE CLERK:  CALLING CASE NUMBER 18-2354, MILAN ET AL.

4    VERSUS CLIF BAR & COMPANY.

5         MR. JOSEPH:  GOOD MORNING, YOUR HONOR.  PAUL JOSEPH

6    ON BEHALF OF PLAINTIFFS AND THE CLASS.

7         MR. GUITE:  GOOD MORNING, YOUR HONOR.  ROBERT GUITE

8    FOR DEFENDANT CLIF BAR & COMPANY.

9         THE COURT:  OKAY.  I DON'T THINK THIS IS GOING TO FLY

10   IN ITS CURRENT FORM.  THE MAJOR ISSUE I HAVE IS THE FACT THAT

11   YOU'RE -- ORIGINALLY, IN THE COMPLAINT HAD LITIGATED PUTATIVE

12   CALIFORNIA AND NEW YORK CLASS, THAT'S IT.  NOW IN THE

13   SETTLEMENT, YOU WANT IT CHANGED TO A SINGLE NATIONWIDE CLASS,

14   RIGHT?

15        MR. JOSEPH:  YOUR HONOR, IF YOU LOOK AT THE

16   COMPLAINT, IT ACTUALLY ALLEGES --

17        THE COURT:  JUST ANSWER MY QUESTION.  IN THE

18   SETTLEMENT, YOU WANT A SINGLE NATIONWIDE CLASS, RIGHT?

19        MR. JOSEPH:  IN THE SETTLEMENT, WE WANT A SINGLE

20   NATIONWIDE CLASS, WHICH WAS PLED IN THE ORIGINAL COMPLAINT.

21        THE COURT:  I DIDN'T CERTIFY A NATIONWIDE CLASS.

22        MR. JOSEPH:  THAT IS CORRECT, YOUR HONOR.

23        THE COURT:  YOU KNOW WHY I DIDN'T CERTIFY THAT?  YOU

24   CAN'T DO THAT.  YOU CAN'T HAVE A NATIONAL CLASS UNLESS YOU GO

25   THROUGH A VERY PROLONGED EXERCISE, AND I'M GOING TO GIVE YOU
```

1    THE NAME OF TWO CASES YOU CAN TAKE A LOOK AT THEM.

2              THE FIRST ONE IS *IN RE: HYUNDAI FUEL ECONOMY*

3    *LITIGATION*, THE EN BANC DECISION, 926 F.3D 539 FROM 2019 NINTH

4    CIRCUIT.  AND MY DECISION IN *FREEDLINE V. O ORGANICS*, 2020

5    WESTLAW 6290352.

6              NATIONAL CLASSES, YOU JUST CAN'T COME IN AND SAY,

7    "OKAY, WE'RE GOING NATIONAL NOW."  IT'S FOR A VARIETY OF

8    REASONS.  ONE, IT'S INCONSISTENT WITH THE REQUIREMENTS OF THESE

9    CASES.  YOU GOT TO DO A LOT TO SHOW ME WHY THAT'S REASONABLE.

10   TWO, NO CONSUMER IN THESE OTHER STATES WOULD HAVE EXPECTED THIS

11   AFTER MY CERTIFICATION ORDER.

12             SO I'M NOT SAYING THAT PEOPLE ARE FOLLOWING THIS CASE

13   WITH BAITED BREATH, BUT THERE IS A DUE PROCESS CONCERN ABOUT

14   PEOPLE BEING SURPRISED.

15             AND THREE -- THIS GOES TO MY NEXT POINT.  YOU KNOW,

16   HOW LONG IS THIS CLASS PERIOD?

17             **MR. JOSEPH:**  FOUR YEARS PRECEDING FILING OF THE CASE.

18             **THE COURT:**  ALL RIGHT.  IT'S FOUR YEARS OF EVERYBODY

19   IN THE UNITED STATES WHO BOUGHT THESE CLIF BAR PRODUCTS FOR,

20   WHAT IS IT, $9 MILLION DOLLARS?  THAT'S NOTHING.  I MEAN,

21   THAT'S -- WHAT ARE THEY GOING TO GET?  TEN CENTS EACH?

22             **MR. JOSEPH:**  ACTUALLY, PROJECTED TO GET ABOUT TEN

23   DOLLARS A PIECE.

24             **THE COURT:**  IF THERE'S FULL -- IF THERE'S A HUNDRED

25   PERCENT CLAIMS RATE, HOW MUCH ARE THEY GOING TO GET?

4

1          **MR. JOSEPH:**  I'M NOT SURE.

2          **THE COURT:**  NOT TEN DOLLARS.

3          **MR. JOSEPH:**  YOU'RE RIGHT IF IT WAS A HUNDRED

4    PERCENT --

5          **THE COURT:**  IT'S PENNIES, PENNIES.  THAT JUST DOESN'T

6    SOUND RIGHT TO ME.

7          ANYWAY, PRELIMINARY APPROVAL IS DISAPPROVED.  YOU ARE

8    GOING TO HAVE TO GO THROUGH THE NATIONAL CLASS ISSUE.  I NEED

9    MUCH BETTER EXPLANATION ABOUT, IF YOU DO PURSUE A NATIONAL

10   CLASS AND GET THROUGH ALL OF THOSE BURDENS, TO PERSUADE ME OF

11   THAT.  I NEED TO UNDERSTAND HOW THIS RELATIVELY SMALL AMOUNT OF

12   MONEY IS GOING TO COMPENSATE AN ENTIRE NATIONAL GROUP OF CLIF

13   BAR BUYERS FOR THE LAST FOUR YEARS.

14         I ALSO THINK THE RELEASE IN SECTION 3.30 OF DOCKET

15   NUMBER 226-2 LOOKS OVERBROAD TO ME.  EXCUSE ME.  LOOKS

16   OVERBROAD TO ME.  I THINK THEY'RE RELEASING -- I CAN'T -- THE

17   LANGUAGE SEEMS TO SUGGEST THEY'RE RELEASING ONLY THINGS IN THE

18   COMPLAINT, BUT IT GOES ON TO SAY:  ANY MARKETING, ADVERTISING,

19   OR LABELING CLAIMS THAT THE CLASS -- NATIONAL CLASS MAY HAVE

20   HAD.  I'M NOT GOING TO DO THAT.  I'LL RELEASE STRICTLY ONLY

21   WHAT WAS INVOLVED IN THE COMPLAINT, NOTHING MORE.

22         IN THAT SAME DOCUMENT, PARAGRAPH 5.C, THERE'S SOME

23   REFERENCE TO SOMETHING I DON'T UNDERSTAND.  THIS IS:

24              "AN EQUATION RUNNING BEHIND THE

25          SCENES WILL CALCULATE THE EXTRAPOLATED

1     NUMBER OF INDIVIDUAL BARS OF EACH CLASS

2     PRODUCT PURCHASED BY THE CLAIMANT."

3    THAT STRIKES ME AS SORT OF A CLASSIC BLACK BOX.  I

4 HAVE NO IDEA WHAT THAT MEANS, AND I CAN'T SIGN ONTO IT FOR THAT

5 REASON.

6    AND THEN I'M JUST NOT -- I MEAN, I'M NOT CLEAR ON

7 WHAT THE MEDIA OUTREACH PLAN IS GOING TO BE.  I KNOW THERE ARE

8 REFERENCES TO ONLINE THINGS AND SOCIAL MEDIA, WHICH IS GREAT.

9 THAT'S WHAT I ALWAYS REQUIRE, BECAUSE IT'S 2022, AND WE ALL

10 LIVE ONLINE, BUT I NEED SOME DETAILS ABOUT WHAT ALL THAT IS

11 SUPPOSED TO MEAN.

12    SO IT'S DISAPPROVED.  DO YOU WANT TO TRY AGAIN?  WHAT

13 DO YOU WANT TO DO?

14    **MR. JOSEPH:**  YES, WE WOULD, YOUR HONOR.  WOULD YOU

15 INDULGE ME WITH JUST A FEW MINUTES TO KIND OF RESPOND TO SOME

16 OF THE --

17    **THE COURT:**  NO, I'M ACTUALLY --

18    **MR. JOSEPH:**  OKAY.

19    **THE COURT:**  I DO THIS QUITE A BIT, AND I KNOW WHAT

20 THE REQUIREMENTS ARE.  HOW MUCH TIME WOULD YOU LIKE TO REDO IT?

21    **MR. JOSEPH:**  WOULD YOU GIVE US UP TO 60 DAYS?

22    **THE COURT:**  SURE.  I'M FINE.  WHATEVER YOU WANT IS

23 FINE WITH ME.  YOU WANT 60?

24    **MR. JOSEPH:**  YES, PLEASE.

25    **THE COURT:**  NOW, REMEMBER WHEN YOU DO IT, PLEASE BE A

```
 1    LITTLE MORE DIRECT IN FOLLOWING THE FORMAT OF THE PRELIMINARY

 2    APPROVAL GUIDELINES THAT WE HAVE IN THE NORTHERN DISTRICT.

 3    THEY HAVE BEEN AMENDED.  I JUST AMENDED THEM.  I WAS CHAIR OF

 4    THAT COMMITTEE.

 5           NOW, THE AMENDMENT GOES TO DATA PRIVACY AND DATA

 6    PROTECTION PRACTICES OF THE PROPOSED SETTLEMENT ADMINISTRATOR.

 7    SO PLEASE TAKE THAT INTO ACCOUNT.

 8           AND YOU'RE GOING TO NEED TO TELL ME WHY THE

 9    SETTLEMENT ADMINISTRATOR THAT YOU DECIDED ON IS APPROPRIATE IN

10    LIGHT OF THESE NEW BEST PRACTICES FOR DATA SECURITY AND DATA

11    PRIVACY, BECAUSE, REMEMBER, THE SETTLEMENT ADMINISTRATOR HAS

12    GOT AN ENORMOUS AMOUNT OF DATA ABOUT CONSUMERS.  SO YOU NEED TO

13    TELL ME HOW IT'S GOING TO BE KEPT SAFE.  OKAY?

14           MR. JOSEPH:  YOUR HONOR?

15           THE COURT:  YEAH.

16           MR. JOSEPH:  MAY I MAKE ONE MORE REQUEST?

17           THE COURT:  SURE.

18           MR. JOSEPH:  SO IN REGARDS TO THE NATIONWIDE ISSUE,

19    WE CUT THE BRIEFING DOWN QUITE A BIT BECAUSE OF THE 15 PAGE

20    REQUIREMENT.  WOULD YOU INDULGE US WITH 25 PAGES FOR OUR

21    PRELIMINARY APPROVAL MOTION?

22           THE COURT:  WELL, NO.  HERE'S WHAT YOU CAN DO:  IF

23    YOU'RE DEAD SET ON THIS NATIONWIDE CLASS THING, WHY DON'T YOU

24    FILE A TEN-PAGE BRIEF SAYING, HERE'S WHY A NATIONWIDE CLASS IS

25    APPROPRIATE IN THIS CASE.  OKAY?
```

1            **MR. JOSEPH:**  OKAY.

2            **THE COURT:**  THAT WOULD BE FINE.

3            THEN, DEFENDANT, WHAT DO YOU WANT TO DO, DO YOU WANT

4    TO OPPOSE IT, OR NOT OPPOSE IT, OR COMMENT?

5            **MR. GUITE:**  AT THIS POINT I BELIEVE WE ARE NOT GOING

6    TO OPPOSE IT.  WE WILL WAIT AND, OBVIOUSLY, SEE A DRAFT OF THE

7    MOTION AND THEN TAKE A FINAL POSITION, BUT I THINK 60 DAYS, I'M

8    ASSUMING --

9            **THE COURT:**  IT'S NOT A MOTION.  YOU ARE JUST GOING TO

10   FILE A STATEMENT.  OKAY.  IF YOU WANT SOMETHING, YOU NEED TO

11   TELL ME NOW.

12           **MR. GUITE:**  I DON'T ANTICIPATE US FILING ANYTHING

13   SEPARATELY, BUT I PRESUME THE COURT WILL HAVE US BACK FOR A

14   FURTHER HEARING.

15           **THE COURT:**  WELL, IF I -- WE'LL SEE WHAT HAPPENS.  I

16   MEAN, I'M NOT NECESSARILY GUARANTEEING THAT.

17           **MR. JOSEPH:**  MAYBE -- I WASN'T SUGGESTING FILING A

18   SEPARATE STATEMENT.  I WAS JUST SAYING THAT --

19           **THE COURT:**  NO, I WANT THAT.

20           **MR. JOSEPH:**  OKAY.

21           **THE COURT:**  IT WOULD BE A LOT EASIER.  I DON'T NEED

22   TO READ THE REST OF YOUR STUFF IF YOU CAN'T GET OVER THAT

23   HURDLE.

24           **MR. JOSEPH:**  OKAY.

25           **THE COURT:**  LOOK AS IT AS A GATEKEEPER.

1          **MR. JOSEPH:**  YES, YOUR HONOR.

2          **THE COURT:**  YOU GOT TO GET THROUGH THAT GATE FIRST.

3     IF YOU DON'T, I DON'T NEED TO BURN THE TIME READING 15 MORE

4     PAGES ABOUT NOTICE.

5          **MR. JOSEPH:**  UNDERSTOOD, YOUR HONOR.

6          **THE COURT:**  ANYTHING ELSE FOR TODAY?

7          **MR. JOSEPH:**  NO, YOUR HONOR.

8          **THE COURT:**  OKAY.  DEFENDANT, ANYTHING ELSE FOR

9     TODAY?

10          **MR. GUITE:**  NO, YOUR HONOR.

11          **THE COURT:**  THANK YOU.

12          (PROCEEDINGS ADJOURNED AT 10:32 A.M.)

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1   STATE OF CALIFORNIA      )

 2                            )     SS

 3   COUNTY OF CONTRA COSTA )

 4

 5        I HEREBY CERTIFY THAT THE FOREGOING IN THE

 6   WITHIN-ENTITLED CAUSE WAS TAKEN AT THE TIME AND PLACE HEREIN

 7   NAMED; THAT THE TRANSCRIPT IS A TRUE RECORD OF THE PROCEEDINGS

 8   AS REPORTED BY ME, A DULY CERTIFIED SHORTHAND REPORTER AND A

 9   DISINTERESTED PERSON, AND WAS THEREAFTER TRANSCRIBED INTO

10   TYPEWRITING BY COMPUTER.

11        I FURTHER CERTIFY THAT I AM NOT INTERESTED IN THE

12   OUTCOME OF THE SAID ACTION, NOR CONNECTED WITH, NOR RELATED TO

13   ANY OF THE PARTIES IN SAID ACTION, NOR TO THEIR RESPECTIVE

14   COUNSEL.

15        IN WITNESS WHEREOF, I HAVE HEREUNTO SET MY HAND THIS

16   14TH DAY OF SEPTEMBER, 2022.

17

18

19   _____

20   JOAN MARIE COLUMBINI, CSR NO. 5435

21   STATE OF CALIFORNIA

22

23

24

25
```