To the:
Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, California 94102



FILED

OCT 2 2 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Objection to Proposed Settlement of a Class Action Lawsuit

   a. Clear identification of the case name and number:
      *Milan v. Clif Bar & Co.*, No. 18-cv-2354-JD (N.D. Cal.))

   b. The objector's name, address, telephone number and if represented by counsel, the name, address, and telephone number of his/her counsel:
      Jeffrey J. Simmons
      63 Babcock Street
      Brookline, MA 02446
      617-515-0818
      Not represented by counsel

   c. A statement under oath that the objector is a Class Member:
      I swear, under oath, that I am a Class Member.

   d. A statement of the objection and the specific grounds supporting the objection:
      I am a Class Member who is entitled to compensation under the proposed Settlement. However, I believe the proposed Settlement is not warranted. Consumers like myself should have an obligation to read the Nutrition Facts labels required by the U.S. Food and Drug Administration, rather than rely on marketing messages that are incorporated into food packaging. I believe this settlement provides enormous benefits to the attorneys, little benefit to Class Members, and is a detriment to consumers since the cost of these sorts of settlements increases prices in the long run.

   e. A statement whether the objection applies only to the objector, to a specific subset of the Class, or to the entire Class:
      This objection applies to the entire Class.

   f. Copies of any papers, briefs, or other documents upon which the objection is based:
      None

   g. The objector's handwritten, dated signature:

      [signature]   10/8/2024

Jeffrey J. Simmons
63 Babcock Street
Brookline, MA 02446
617-515-0818

PROVIDENCE RI   028

15 OCT 2024 PM 5 L



Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, California 94102

RECEIVED
OCT 22 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

94102-342616