Scott Dodson
3286 Sweet Dr.
Lafayette, CA 94549
925-285-1445
dodson@alumni.duke.edu

**FILED**

NOV -5 2024

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

November 2, 2024

Class Action Clerk
United States District Court for the Northern District of California
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

RE:   Letter Regarding ECF 266 Objection to Settlement
      Milan v. Clif Bar & Co., No. 18-cv-2354-JD (N.D. Cal.)

Dear Class Action Clerk:

      I am a class member in the above-captioned case, and I timely filed an objection to the settlement, ECF 266, regarding the *cy pres* recipients selected: (a) Resnick Center for Food Law and Policy and (b) the Tufts University Friedman School of Nutrition Science & Policy.

      My objection pointed out that because both the Resnick Center's and the Tufts Friedman School's missions are far broader than accurate nutrition labeling, those entities were unlikely to use any class funds to benefit the class's legal interests. Accordingly, I suggested a solution: the organizations could pledge to use any *cy pres* funds received in this case specifically to advance the interests of this class regarding food-label accuracy. And I noted that such pledges have been made before in cases in the Northern District.

      Class Counsel's response simply refers to the declaration filed with the preliminary-approval motion, which does not show that these entities meet the "next best" standard. The declaration identifies no nutrition-labeling activities of the Tufts Friedman School and only three nutrition-labeling activities of the Resnick Center over a ten-year period. The declaration refutes, rather than confirms, the likelihood that these entities will use the class funds to benefit the class.

      Without some assurance that these broadly focused entities will use settlement residuals to advance the specific legal interests of the class, these entities do not meet the "next best" standard.

      In my objection, I also pointed out that Class Counsel had not disclosed a potential conflict of interest between Class Counsel and the Resnick Center relating to Mr. Fitzgerald's past speaking engagement at a major food conference in 2020. And I stated that I could not find any party's or counsel's attestation that the Tufts Friedman School presented no conflicts.

      I applaud Mr. Fitzgerald's new declaration explaining his involvement with the International Food Law Conference and the Resnick Center: he paid for his own travel expenses and registration, he has never received anything of value from the Resnick Center, and the Resnick

Center Executive Director's co-chairing of the conference played no role in the selection of the Resnick Center as a *cy pres* recipient here. His declaration alleviates some conflicts concerns.

But his declaration does not eliminate them. Consider what the declaration reveals. Four key attorneys in this case were speakers at or organizers of a prominent food-law conference co-chaired by the longtime Executive Director of the Resnick Center. Whether or not any of the attorneys received a personal benefit from the conference, they very likely received a professional benefit. Those four attorneys now have been instrumental in selecting the Resnick Center as a recipient of settlement residuals in this case. These circumstances create an appearance of a conflict of interest. (And three of the involved attorneys have not disavowed any *actual* conflict.)

For these reasons, the record does not support approval of these *cy pres* recipients.

I will happily withdraw my objection if the record is supplemented to include assurances that (1) the *cy pres* recipients will use any class funds only to advance the legal interests of the class and (2) all counsel involved in this case disclose all past, present, and contemplated-future connections with the recipients and attest that none creates an actual conflict of interest.

Respectfully,

Scott Dodson

RECEIVED
NOV 05 2024
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Class Action Clerk
US Nor CA
450 Golden Gate Ave Box 36063
SF, CA 94102-3489

OAKLAND CA 945
2 NOV 2024 PM 5 L