UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH MILAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CLIF BAR & COMPANY,<br><br>    Defendant. | Case No. 18-cv-02354-JD<br><br>**JUDGMENT** |

Judgment is entered pursuant to Federal Rule of Civil Procedure 58 and the order granting final approval of the class action settlement and attorney's fees and costs, Dkt. No. 281.

**IT IS SO ORDERED.**

Dated: March 21, 2025

_____
JAMES DONATO
United States District Judge